# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132649

J. EDWARD KLOIAN,
      Plaintiff-Appellant,

v

                                    SC: 132649
                                    COA: 267033
                                    Wayne CC: 05-514737-NM

MICHAEL ALAN SCHWARTZ and
SCHWARTZ, KELLY &
OLTARZ-SCHWARTZ, P.C.,
      Defendants-Appellees.
_____/

      On order of the Court, the application for leave to appeal the September 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007



Clerk

d0425